**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                December 29, 2016
Courtroom Deputy:    Bernique Abiakam
FTR Technician:      Kathy Terasaki

---

Civil Action No.:  16-cv-01854-RPM

| | |
|---|---|
| MIGUEL A RODRIGUEZ-CHAVEZ,<br>MIGUEL A. ROSAS-ROSAS,<br>PANTALEON RUEDA-ONTIVEROS,<br>ENRIQUE MONGE,<br>SANTOS NOGAL, and<br>VICTOR M. ESPINOZA, on their own behalf<br>and on behalf of all others similarly situated, | Andrew H. Turner |
|       Plaintiffs, | |
| v. | |
| MERCHANT ENTERPRISES, INC.,<br>MERCHANT DEMOLITION, LLC; and<br>WILLIAM E. TIBBETS, | Jennifer M. Osgood<br>Edward T. Schroeder |
|       Defendants. | |

## COURTROOM MINUTES

**Rule 16 Conference**

**10:49 a.m.     Court in session.**

Counsel present.

Preliminary remarks by the Court.

Discussion regarding case issues, and discovery.

The Court states that counsel need to use complete names in the caption and not "et al".

Comments by Mr. Schroeder regarding "LLC".

Discussion regarding names of actual parties to the case and "successor liability".

The Court states that counsel need to confirm the immigration status of the workers, and that all employee names need to be provided.

Ms. Osgood explains the process of time keeping - manual records to time clock records.

Mr. Turner states the factual dispute regarding overtime claims, which is disputed by the Defendants.

Discussion regarding "banking hours" worked by employees.

Mr. Turner states that a Spanish language interpreter is needed for all but one of the plaintiffs.

The Court urges counsel to keep cost of trying the case down.

Court advises counsel not to use emails in their communications with opposing counsel.

The Court advises counsel regarding the availability of Magistrate Judge Michael J. Watanabe for purposes of settlement, by filing a joint motion.

The Court advises counsel regarding the utilization of F.R.C.P. - Rule 31.

The Court states that no expert testimony is expected - Rule 702 opinion witnesses.

Scheduling Order APPROVED and SIGNED.

**11:23 a.m.    Court in Recess.**
Hearing concluded.
Total time in court: 34 minutes.